

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2017

No. 04-17-00026-CV

Michele R. **PAULI**
Appellant (Cross-Appellee)

v.

Michael D. **HAYES** and Teresa C. Hayes
Appellees (Cross-Appellants)

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12272
Honorable Solomon Casseb, III, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to October 30, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:
Beth Watkins
Watkins Appeals, PLLC
926 Chulie Drive
San Antonio, TX 78216-6522

Lorien Whyte
Pozza & Whyte, PLLC
239 E. Commerce Street
San Antonio, TX 78205

Roger G. Bresnahan
Farrimond Castillo & Bresnahan, P.C.
130 E. Travis, Suite 350
San Antonio, TX 78205

David L. Earl
Earl & Associates, P.C.
Pyramid Building
601 NW Loop 410, Suite 390
San Antonio, TX 78216

Grant Gaines
Patel Gaines, PLLC
14414 Blanco Road, Suite 320
San Antonio, TX 78216